UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

KURTIS PETERSON,

        Defendant.

------------------------------------- x

<u>ORDER</u>

13 Cr. 563-01 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Mr. Frank Handelman is hereby relieved as defense counsel. Defendant's request that new counsel be appointed is DENIED.

    Defendant's request that he be given a schedule for a motion to withdraw his plea, and a date for a hearing as to a request for bail is DENIED.

Dated: New York, New York
       January 22, 2016

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge